IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Consumer Financial Protection Bureau, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No.  2:24-cv-1301-RJC |
| | ) | |
| Reliant Holdings, Inc. and Robert Kane, | ) | Judge Robert J. Colville |
| | ) | |
| *Defendants*. | ) | |

## **PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU'S MOTION FOR A TEMPORARY STAY**

Plaintiff Consumer Financial Protection Bureau (Bureau), by and through undersigned counsel, moves for a temporary stay of the proceedings in this case for 60 days.

In support of this motion, the Bureau relies on the arguments set forth in the accompanying brief and declaration. Bureau counsel conferred by telephone and email with counsel for Defendants Reliant Holdings, Inc. and Robert Kane seeking Defendants' concurrence

in the requested relief. Defendants' counsel stated that they would not agree to a stay and opposed the motion. *See* Betts Decl. ¶¶ 5-7.

Date: February 27, 2025                                   Respectfully submitted,


                                       Attorneys for Plaintiff,
Consumer Financial Protection Bureau

CARA PETERSEN
Principal Deputy Enforcement Director

ALUSHEYI J. WHEELER
Deputy Enforcement Director

JADE A. BURNS
Assistant Litigation Deputy

  /s/ Kristina D. Betts
Kristina D. Betts
Email: kristina.betts@cfpb.gov
Phone: (202) 834-2723
Bar No. AZ 024859 (admitted pro hac vice)


*Enforcement Attorney*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, D.C. 20552
Facsimile: (202) 435-7722