IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Consumer Financial Protection Bureau, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-1301-RJC |
| | ) | |
| Reliant Holdings, Inc. and Robert Kane, | ) | Judge Robert J. Colville |
| | ) | |
| *Defendants*. | ) | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of Plaintiff's Motion for a Temporary Stay (ECF #37), and finding that good cause exists, the Court hereby **ORDERS** as follows:

1. Plaintiff's Motion for a Temporary Stay is **GRANTED**.

2. This case is **STAYED** for 60 days from the date of this Order.

3. The Clerk is **DIRECTED** to close this case administratively.

**IT IS SO ORDERED.**

BY THE COURT:

_____
Robert J. Colville
United States District Judge