IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Consumer Financial Protection Bureau, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-1301-RJC |
| | ) | |
| Reliant Holdings, Inc. and | ) | Judge Robert J. Colville |
| Robert Kane, | ) | |
| | ) | |
| *Defendants*. | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Consumer Financial Protection Bureau, dismisses with prejudice this action against Defendants Reliant Holdings, Inc. and Robert Kane.

Dated: April 23, 2025

Respectfully submitted,

Attorneys for Plaintiff,
Consumer Financial Protection Bureau

MARK PAOLETTA
Chief Legal Officer

VICTORIA DORFMAN
Senior Legal Advisor

CARA PETERSEN
Acting Enforcement Director

ALUSHEYI J. WHEELER
Deputy Enforcement Director

JADE A. BURNS
Assistant Litigation Deputy


  /s/ Kristina D. Betts
Kristina D. Betts
Email: kristina.betts@cfpb.gov
Phone: (202) 834-2723
Bar No. AZ 024859 (admitted pro hac vice)


*Enforcement Attorney*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, D.C. 20552
Facsimile: (202) 435-7722